<u>APPEARANCE</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **CALUMET PHOTOGRAPHIC, INC.,** | ) | **Case No. 14-08893** |
| *et al.* | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | |
| _____ | ) | **Hon. Deborah L. Thorne** |
| **CATHERINE STEEGE, as Trustee for** | ) | |
| **Calumet Photographic, Inc.,** | ) | |
| | ) | **Adv. No. 16-00185** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AMERITAS LIFE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR:

<u>AMERITAS LIFE INSURANCE COMPANY</u>

<u>Caren A. Lederer</u>  
Print Name on this Line

<u>/s/Caren A. Lederer</u>  
Signature  
ATTORNEY ID NUMBER <u>6244631</u>

<u>Golan & Christie LLP</u>  
Firm Name

FIRM ADDRESS  
<u>70 W. Madison St., Suite 1500</u>

<u>Chicago,</u>   <u>IL</u>   <u>60602</u>  
City          State          Zip

Telephone <u>(312) 263-2300</u>

_____

Trial Attorneys*

_____  
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.
    DATED: <u>07/13/2016</u>

TYPE OF DEFENSE COUNSEL:

    CJA___, RETAINED  <u>X</u> , SELF    ___, NONE OTHER    ___, PUB DEF    ___

FOR OFFICE USE ONLY:
  Party Code: P_____ D_____ TP _____