APPEARANCE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **CALUMET PHOTOGRAPHIC, INC.,** | ) | **Case No. 14-08893** |
| *et al.* | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |
| _____ | ) | **Hon. Deborah L. Thorne** |
| **CATHERINE STEEGE, as Trustee for** | ) | |
| **Calumet Photographic, Inc.,** | ) | |
| | ) | **Adv. No. 16-00185** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AMERITAS LIFE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR:

AMERITAS LIFE INSURANCE COMPANY

| | |
|---|---|
| Barbara L. Yong | Golan & Christie LLP |
| Print Name on this Line | Firm Name |
| | |
| /s/Barbara L. Yong | FIRM ADDRESS |
| Signature | 70 W. Madison St., Suite 1500 |
| ATTORNEY ID NUMBER  6184000 | |
| | Chicago,           IL           60602 |
| | City       State       Zip |
| | Telephone (312) 263-2300 |

_____
Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.
         DATED:        07/13/2016

TYPE OF DEFENSE COUNSEL:

     CJA___, RETAINED   X  , SELF    ___, NONE OTHER    ___, PUB DEF    ___
_____
FOR OFFICE USE ONLY:
   Party Code:  P_____  D_____  TP _____