UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>CALUMET PHOTOGRAPHIC, INC., et al., | ) BK No.: 14-08893<br>) (Jointly Administered)<br>) Chapter: 7<br>) Honorable Deborah L. Thorne |
| Debtor(s)<br>CATHERINE STEEGE, as Trustee for Calumet Photographic, Inc., | ) Adv. No.: 16-00185 |
| Plaintiff(s)<br>AMERITAS LIFE INSURANCE CO., | |
| Defendant(s) | |

## SCHEDULING ORDER

This matter having come before the Court for a scheduling conference, the parties having been given due notice and an opportunity to be heard, and no further or other notice being necessary,

IT IS HEREBY ORDERED that:

1. Rule 26(f) Conference. The parties are excused from complying with the provisions of Rule 26(f) of the Federal Rules of Civil Procedure, made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure.

2. Rule 26(a) Initial Disclosures. The parties shall have until and including September 7, 2016 to submit all initial disclosures under Rule 26(a) of the Federal Rule of Civil Procedure, made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure.

3. Fact Discovery. All oral and written fact discovery shall commence on September 8, 2016 and be completed by March 6, 2017, unless the cut-off date be extended by a subsequent Order of this Court or a written agreement of the parties approved by this Court.

4. Expert Discovery. All oral and written expert discovery shall commence on September 8, 2016 and be completed by June 2, 2017, unless the cut-off date be extended by a subsequent Order of this Court or a written agreement of the parties approved by this Court.

Enter:

*/s/ Deborah L. Thorne*

United States Bankruptcy Judge

Dated: 7/18/16

**Prepared by:**

Rev: 20151029_apo