# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CALUMET PHOTOGRAPHIC, INC., *et al.* | ) Case No. 14-08893 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hon. Deborah L. Thorne |
| | ) |
| CATHERINE STEEGE, as Trustee for | ) |
| Calumet Photographic, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. No. 16-00185 |
| v. | ) |
| | ) |
| AMERITAS LIFE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

Catherine Steege (the "Trustee"), not individually, but as the chapter 7 Trustee for the bankruptcy estates of Calumet Photographic, Inc., *et al.*, as Plaintiff herein, by and through her undersigned counsel, hereby gives notice of the voluntarily dismissal of the above-captioned adversary complaint.

                      Respectfully submitted,

Dated: January 13, 2017          CATHERINE STEEGE, not individually but as the chapter 7 Trustee for the bankruptcy estate of the above-captioned debtor.

                      By:    /s/  *Catherine Steege*
                                Catherine Steege

Catherine Steege (6183529)
Melissa M. Root (6288246)
Landon S. Raiford (6297473)
Nicholas E. Ballen (6320258)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel:  (312) 222-9350
Fax:  (312) 527-0484

*Counsel for the Chapter 7 Trustee*

2

## **CERTIFICATE OF SERVICE**

I, Catherine Steege, an attorney, certify that on January 13, 2017, I caused a copy of the foregoing **Notice of Dismissal of Adversary Proceeding** to be served by first class U.S. mail postage prepaid on:

**Caren A Lederer**
Golan Christie Taglia LLP
70 W. Madison St.
Suite 1500
Chicago, IL 60602
Phone: (312) 263-2300
Email: calederer@gct.law

**Barbara L Yong**
Golan Christie Taglia LLP
70 W. Madison St.
Suite 1500
Chicago, IL 60602
Phone: (312) 263-2300
Email: blyong@gct.law

                                          /s/ *Catherine Steege*
                                              Catherine Steege